William A. FORCIER, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7328.

United States Court of Appeals,
Federal Circuit.

April 6, 2007.

Before BRYSON, Circuit Judge,
CLEVENGER, Senior Circuit Judge, and
LINN, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R.36

O2 MICRO INTERNATIONAL LIMIT-
ED, Plaintiff/Counterclaim Defen-
dant–Cross Appellant,

and

O2 Micro, Inc., Counterclaim
Defendant–Cross
Appellant,

v.

MONOLITHIC POWER SYSTEMS,
INC., Defendant/Counterclaimant–
Appellant.

Nos. 2006–1338, 2006–1377.

United States Court of Appeals,
Federal Circuit.

April 6, 2007.

Before MICHEL, Chief Judge,
ARCHER, Senior Judge, and DYK,
Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.